OTSUKA PHARMACEUTICAL CO. v. SANDOZ, INC. et al.
Civil Action No. 3:07-CV-01000

PLAINTIFF'S DESIGNATIONS, DEFENDANTS' COUNTERDESIGNATIONS, PLAINTIFF'S COUNTERCOUNTERDESIGNATIONS, AND OBJECTIONS RELATING THERETO

| Witness | Plaintiff's Designations (page:line) | Defendants' Objections to Designations | Defendants' Counter-Designations | Otsuka's Objections to Defendants' Counter-Designations* | Otsuka's Counter-Counter Designations | Defendants' Objections to Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Bauer, J. | 163:4-165:5 | F (163:14-22); HE; REL; PCW | 29:17-30:23, 37:18-38:6 | R,V | 39:25-40:19 | HE; REL; PCW |
| Bauer, J. | | | | | 91:2-17 | HE; REL; PCW |
| Dolitzky, B.-Z. | 169:12-176:13 | F (169:18-19, 172:6-7, 172:15-16, 173:4-6, 173:13-14, 173:21-22, 174:11-12); HE; REL; PCW | 169:18-19, 170:13-17, 170:21, 171:3, 172:6-7, 172:15-16, 173:4-6, 173:13-14, 173:21-22, 174:11-12 | | 20:3-21:1 | HE; REL; PCW |
| Dolitzky, B.-Z. | 178:5-179:10 | F (179:1-3); HE; REL; PCW | 179:1-3 | | 21:4-6 | HE; REL; PCW |

F = Form (FRCP 32(d)(3))
REL = Relevance (FRE 401/402)
PCW = Prejudice, Confusion, or Waste of Time (FRE 403)
PK = Lack of Personal Knowledge (FRE 602)
HE = Hearsay (FRE 802)
30(b)(6) = Outside the Scope of 30(b)(6) Notice
Not 30(b)(6) = Outside Scope of Personal Knowledge
*Objections are indicated by the letter codes set forth in the letter from P. Browning dated April 30, 2010 to Defendants' counsel.

Page 1 of 15

| Witness | Plaintiff's Designations (page:line) | Defendants' Objections to Designations | Defendants' Counter-Designations | Otsuka's Objections to Defendants' Counter-Designations* | Otsuka's Counter-Counter Designations | Defendants' Objections to Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Dolitzky, B.-Z. | 196:6-197:11 | HE; REL; PCW | | | 22:8-13 | HE; REL; PCW |
| Dolitzky, B.-Z. | 207:14-211:18 | F (208:4-5, 208:15-16, 209:11-12, 210:5-6, 210:14-15, 211:6, 211:13-14); HE; REL; PCW | 208:4-5, 208:15-16, 209:11-12, 210:5-6, 210:14-15, 211:6, 211:13-14 | | | |
| Dolitzky, B.-Z. | 221:3-21 | HE; REL; PCW | 221:22-222:2 | R,V | | |
| Dolitzky, B.-Z. | 222:3-13 | F (222:7-8); HE; REL; PCW | 222:7-8, 222:14-223:1 | R,V | | |
| Dolitzky, B.-Z. | 223:4-7 | F (223:9-10); HE; REL; PCW | 223:2-3, 223:8-19 | R,V | | |
| Dolitzky, B.-Z. | 223:20-224:10 | HE; REL; PCW | | | | |
| Dolitzky, B.-Z. | 236:6-237:1 | HE; REL; PCW | | | | |
| Dolitzky, B.-Z. | 237:3-19 | HE; REL; PCW | | | | |
| Dolitzky, B.-Z. | 237:21-238:17 | HE; REL; PCW | | | | |

| Witness | Plaintiff's Designations (page:line) | Defendants' Objections to Designations | Defendants' Counter-Designations | Otsuka's Objections to Defendants' Counter-Designations* | Otsuka's Counter-Counter Designations | Defendants' Objections to Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Dufresne, D. | 167:16-168:25 | HE; REL; PCW | | | 39:8-21 | HE; REL; PCW |
| Dufresne, D. | 173:13-176:15 | F (174:8-17, 175:5-9, 175:11-16, 175:18-22, 176:6-10); HE; REL; PCW | 176:16-177:1, 177:12-178:7, 178:17-179:4 | R,V | 130:4-131:1 | HE; REL; PCW |
| Dufresne, D. | 204:24-205:5 | HE; REL; PCW | 205:6-11 | R | 131:16-22 | HE; REL; PCW |
| Dufresne, D. | 219:15-223:8 | F (221:25-122:12, 222:13-20, 222:25-223:8); HE; REL; PCW | 118:5-119:22, 219:24-220:2, 222:22-223:17 | R,V | 141:7-142:11 | HE; REL; PCW |
| Dufresne, D. | 244:8-245:24 | F (244:25-245:1); HE; REL; PCW | 248:10-250:10, 250:17-251:20 | R,V | 178:9-11 | HE; REL; PCW |
| Dufresne, D. | 259:21-260:8 | HE; REL; PCW | 255:7-16, 258:21-259:8, 262:13-263:19 | R,V | 179:6-24 | HE; REL; PCW |

| Witness | Plaintiff's Designations (page:line) | Defendants' Objections to Designations | Defendants' Counter-Designations | Otsuka's Objections to Defendants' Counter-Designations* | Otsuka's Counter-Counter Designations | Defendants' Objections to Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Ganorkar, K. | 17:7-18:5 | HE; REL; PCW | 18:6-8 | | 12:21-14:2 | HE; REL; PCW |
| Ganorkar, K. | 18:9-19 | HE; REL; PCW | | | 25:3-8 | HE; REL; PCW |
| Ganorkar, K. | 28:9-14 | HE; REL; PCW; PK | 28:15-18, 29:1-4 | R | 28:19-22 | HE; REL; PCW |
| Ganorkar, K. | 29:5-10 | HE; REL; PCW | | | 36:6-13 | HE; REL; PCW |
| Ganorkar, K. | 35:6-13 | HE; REL; PCW; PK | | | 39:18-40:4 | HE; REL; PCW |
| Ganorkar, K. | 37:18-38:7 | HE; REL; PCW | | | 64:2-7 | HE; REL; PCW |
| Ganorkar, K. | 51:10-20 | HE; REL; PCW | | | | |
| Ganorkar, K. | 71:14-72:16 | HE; REL; PCW | | | | |
| Ganorkar, K. | 74:12-75:5 | F (74:15-18); HE; REL; PCW; PK | 74:15-18 | | | |
| Ganorkar, K. | 87:9-89:14 | HE; REL; PCW; PK | | | | |
| Ganorkar, K. | 103:19-104:4 | HE; REL; PCW | | | | |
| Ganorkar, K. | 177:1-20 | HE; REL; PCW | | | | |

| Witness | Plaintiff's Designations (page:line) | Defendants' Objections to Designations | Defendants' Counter-Designations | Otsuka's Objections to Defendants' Counter-Designations* | Otsuka's Counter-Counter Designations | Defendants' Objections to Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Ganorkar, K. | 179:7-180:10 | F (180:1-4); HE; REL; PCW | 180:1-4, 180:11-181:4 | R | | |
| Ganorkar, K. | 181:5-182:1 | F (181:8-9, 181:21-22); HE; REL; PCW | 181:8-9, 181:21-22 | | | |
| Gioia, P. | 169:19-172:17 | 30(b)(6) (159:11-160:3); HE; REL; PCW; PK | 159:11-160:3, 194:13-17 | R,Ar | 21:1-22:4 | HE; REL; PCW |
| Gioia, P. | 228:11-229:3 | 30(b)(6) (159:11-160:3); HE; REL; PCW | 159:11-160:3 | R,Ar | 34:6-19 | HE; REL; PCW |
| Gioia, P. | 267:16-268:9 | 30(b)(6) (159:11-160:3); HE; REL; PCW | 159:11-160:3 | R,Ar | 36:4-17 | HE; REL; PCW |
| Gioia, P. | 318:12-319:6 | 30(b)(6) (159:11-160:3); HE; REL; PCW | 159:11-160:3 | R,Ar | 71:8-11 | HE; REL; PCW |
| Gioia, P. | | | | | 71:16-72:5 | HE; REL; PCW |
| Hrakovsky, J. | 222:19-223:21 | 30(b)(6) (98:8-99:8); HE; REL; | 98:8-99:8 | R,Ar | 49:4-16 | HE; REL; PCW |

| Witness | Plaintiff's Designations (page:line) | Defendants' Objections to Designations | Defendants' Counter-Designations | Otsuka's Objections to Defendants' Counter-Designations* | Otsuka's Counter-Counter Designations | Defendants' Objections to Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Hrakovsky, J. | | PCW | | | | |
| Hrakovsky, J. | 231:3-18 | 30(b)(6) (98:8-99:8); HE; REL; PCW | 98:8-99:8 | R,Ar | | |
| Hrakovsky, J. | 233:4-19 | 30(b)(6) (98:8-99:8); HE; REL; PCW | 99:8-99:8 | R,Ar | | |
| Hrakovsky, J. | 234:12-235:3 | 30(b)(6) (98:8-99:8); HE; REL; PCW | 98:8-99:8 | R,Ar | | |
| Hrakovsky, J. | 242:2-16 | 30(b)(6) (98:8-99:8); HE; REL; PCW | 98:8-99:8 | R,Ar | | |
| Hrakovsky, J. | 243:9-244:5 | 30(b)(6) (98:8-99:8); HE; REL; PCW | 98:8-99:8, 244:6-7 | R,Ar | | |
| Hrakovsky, J. | 244:15-245:10 | 30(b)(6) (98:8-99:8); HE; REL; PCW | 98:8-99:8, 245:11-246:8 | R,Ar | | |
| Hrakovsky, J. | 246:11-247:22 | 30(b)(6) (98:8-99:8); HE; REL; | 98:8-99:8 | R,Ar | | |

| Witness | Plaintiff's Designations (page:line) | Defendants' Objections to Designations | Defendants' Counter-Designations | Otsuka's Objections to Defendants' Counter-Designations* | Otsuka's Counter-Counter Designations | Defendants' Objections to Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Krishnan, K. | | PCW | | | | |
| Krishnan, K. | 217:7-20 | HE; REL | 218:21-219:1 | R | 24:13-19 | HE; REL; PCW |
| Krishnan, K. | | | | | 217:21-218:8 | HE; REL; PCW |
| Krishnan, K. | | | | | 219:2-4 | HE; REL; PCW |
| Lucas, C. | 60:4-61:10 | F (60:17-20, 60:22-61:5, 61:7-10); HE; REL; PCW | 59:7-60:3, 60:17-60:20, 63:7-15 | R,V | 12:1-15 | HE; REL; PCW |
| Lucas, C. | 63:20-65:6 | F (63:20-64:1, 64:3-10, 64:14-21); HE; REL; PCW | 62:14-22, 63:7-15, 64:3-10, 65:1-21 | R | 32:13-33:2 | HE; REL; PCW |
| Lucas, C. | 74:10-75:15 | F (74:10-13, 74:15-19, 75:6-15); HE; REL; PCW | 73:10-74:13, 75:17-76:4 | R | | |
| Lucas, C. | 76:6-77:7 | F (76:19-77:3); HE; REL; PCW | 76:6-11 | | | |
| Lucas, C. | 201:14-202:2 | HE; REL; PCW | | | | |

| Witness | Plaintiff's Designations (page:line) | Defendants' Objections to Designations | Defendants' Counter-Designations | Otsuka's Objections to Defendants' Counter-Designations* | Otsuka's Counter-Counter Designations | Defendants' Objections to Counter-Counter Designations |
|---|---|---|---|---|---|---|
| McIntire, T. | 88:5-89:8 | HE; REL; PCW | 80:7-9, 80:13-18, 92:21-93-3, 119:6-8, 119:12, 120:19-22, 121:8-11, 121:21-122:20, 125:7-8, 125:12 | R,V | 16:1-17:9 | HE; REL; PCW |
| McIntire, T. | 147:15-148:21 | HE; REL; PCW | 56:15-57:5, 167:15-17, 167:20-168:4, 168:7-13, 173:18 – 174:16, 175:13-22, 176:4-5, 176:7-12 | R,V | 51:8-52:2 | HE; REL; PCW |
| McIntire, T. | 262:9-263:2 | HE; REL; PCW | | | 97:4-11 | HE; REL; PCW |
| McIntire, T. | 264:5-22 | HE; REL; PCW; PK | 91:17, 91:22-93:2 | R,V | 103:13-19 | HE; REL; PCW |

| Witness | Plaintiff's Designations (page:line) | Defendants' Objections to Designations | Defendants' Counter-Designations | Otsuka's Objections to Defendants' Counter-Designations* | Otsuka's Counter-Counter Designations | Defendants' Objections to Counter-Counter Designations |
|---|---|---|---|---|---|---|
| McIntire, T. | 283:15-284:4 | HE; REL; PCW | 80:7-9, 80:13-18, 91:17, 91:22-93:2 | R,V | 110:12-20 | HE; REL; PCW |
| McIntire, T. | 287:15-288:10 | HE; REL; PCW | 80:7-9, 80:13-18, 91:17, 92:22-93:2, 119:6-8, 119:12-17, 120:19-22, 121:8-11, 121:21-122:20, 125:7-8, 125:12 | R,V | | |
| Muthal, A. | 144:19-146:13 | HE; REL; PCW | | | | |
| Muthal, A. | | | | | 8:10-9:20 | HE; REL; PCW |
| Muthal, A. | | | | | 11:2-7 | HE; REL; PCW |
| Muthal, A. | | | | | 12:14-22 | HE; REL; PCW |
| Muthal, A. | | | | | 13:6-14:22 | HE; REL; PCW |
| Muthal, A. | | | | | 44:14-17 | HE; REL; PCW |

| Witness | Plaintiff's Designations (page:line) | Defendants' Objections to Designations | Defendants' Counter-Designations | Otsuka's Objections to Defendants' Counter-Designations* | Otsuka's Counter-Counter Designations | Defendants' Objections to Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Muthal, A. | | | | | 52:13-20 | HE; REL; PCW |
| Payne, A. | 133:8-20 | 30(b)(6) (136:2-5); HE; REL; PCW | 135:18-136:9 | R | 21:20-22:9 | HE; REL; PCW |
| Payne, A. | 137:19-140:18 | 30(b)(6) (136:2-5); F (138:9, 139:13, 140:14-15); HE; REL; PCW | 135:18-136:9, 138:9, 139:13, 140:14-15 | R | 25:17-21 | HE; REL; PCW |
| Payne, A. | | | | | 26:11-15 | HE; REL; PCW |
| Payne, A. | | | | | 27:3-12 | HE; REL; PCW |
| Payne, A. | | | | | 37:2-16 | HE; REL; PCW |
| Ramaswami, B. | 55:21-56:4 | F (55:21-56:4); HE; REL; PCW | 55:8-13, 55:17-20, 56:5-18, 62:13-16 | R,AA | 17:4-20 | HE; REL; PCW |
| Ramaswami, B. | 206:16-207:18 | HE; REL; PCW | 115:22-116:3, 207:19-208:5 | R | | |
| Ramaswami, B. | 220:8-222:3 | F (221:7-12, 221:21-222:3); | 111:11-112:7, | R | | |

| Witness | Plaintiff's Designations (page:line) | Defendants' Objections to Designations | Defendants' Counter-Designations | Otsuka's Objections to Defendants' Counter-Designations* | Otsuka's Counter-Counter Designations | Defendants' Objections to Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | HE; REL; PCW | 209:15-210:9, 210:15-211:1, 221:7-12 | | | |
| Shanghvi, D. | 9:10-19 | F (9:12-15); HE; REL; PCW | 9:12-15 | | 4:16-19 | HE; REL; PCW |
| Shanghvi, D. | 19:14-20:2 | F (19:20-21); HE; REL; PCW | 19:20-21 | | | |
| Shanghvi, D. | 24:15-25:12 | HE; REL; PCW | | | | |
| Shanghvi, D. | 30:10-13 | HE; REL; PCW | | | | |
| Shanghvi, D. | 32:7-16 | F (32:7-11); HE; REL; PCW | 32:7-11 | | | |
| Shanghvi, D. | 40:5-8 | HE; REL; PCW | | | | |
| Shanghvi, D. | 74:7-75:3 | HE; REL; PCW | | | | |
| Shanghvi, D. | 81:3-8 | HE; REL; PCW; PK | | | | |
| Sherman, B. | 30:8-31:5 | HE; REL; PCW | 18:9-19:10, 22:4-23:4, 24:10-25:4, | R,V,AA | 7:16-21 | HE; REL; PCW |

| Witness | Plaintiff's Designations (page:line) | Defendants' Objections to Designations | Defendants' Counter-Designations | Otsuka's Objections to Defendants' Counter-Designations* | Otsuka's Counter-Counter Designations | Defendants' Objections to Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Sherman, B. | 33:20-35:11 | HE; REL; PCW | 32:3-8, 32:17-33:5, 35:10-22, 36:1-15, 58:17-59:9, 63:5-19, 64:3-65:21, 66:3-14, 67:1-2 | | | |
| | | | 18:9-19:10, 22:4-23:4, 24:10-25:4, 32:3-8, 32:17-33:5, 35:10-22, 36:1-15, 58:17-59:9, 39:11-13, 39:21-41:4, 42:7-43:7, 63:5-19, 64:3-65:21, 66:3-14, 67:1-2 | R,V,AA | 41:5-42:6 | HE; REL; PCW |
| Sherman, B. | 36:21-37:10 | HE; REL; PCW | 18:9-19:10, 22:4-23:4, | R,V,AA | 65:22-66:2 | HE; REL; PCW |

| Witness | Plaintiff's Designations (page:line) | Defendants' Objections to Designations | Defendants' Counter-Designations | Otsuka's Objections to Defendants' Counter-Designations* | Otsuka's Counter-Counter Designations | Defendants' Objections to Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | | 24:10-25:4, 32:3-8, 32:17-33:5, 35:10-22, 36:1-15, 58:17-59:9, 39:11-13, 39:21-41:4, 42:7-43:7, 58:17-59:9, 63:5-19, 64:3-65:21, 66:3-14, 67:1-2 | | | |
| Sherman, B. | 72:11-17 | HE; REL | | | | |
| Sherman, B. | 74:6-75:3 | F; HE; REL; PCW; PK | 71:13-72:10 | R,V | | |
| Sherman, B. | 98:12-99:2 | HE; REL; PCW; PK | 71:13-72:10 | R,V | | |
| Tao, B. | 134:5-16 | HE; REL | | | 15:14-16:15 | HE; REL; PCW |
| Tao, B. | 302:20-304:16 | HE; REL; PCW | 16:12-16:22 | | 17:3-19 | HE; REL; PCW |
| Tao, B. | 305:3-307:8 | HE; REL; | 38:19-21, | R | 38:22-39:1 | HE; REL; PCW |

| Witness | Plaintiff's Designations (page:line) | Defendants' Objections to Designations | Defendants' Counter-Designations | Otsuka's Objections to Defendants' Counter-Designations* | Otsuka's Counter-Counter Designations | Defendants' Objections to Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Tao, B. | 345:21-346:13 | PCW; PK | 39:2-9 | | | |
| | | F; HE; REL; PCW; PK | 21:6-14, 22:6-16, 22:17-23:7, 38:19-21, 39:2-9, 45:19-46:2 72:20-73:9, 73:11-13, | R | 44:19-45:17 | HE; REL; PCW |
| Upadhye, S. | 59:2-17 | HE; REL; PCW | | | | |
| Veerababu, T. | 118:20-119:15 | F (119:12-14); HE; REL; PCW | 119:12-14 | | 49:9-16 | HE; REL; PCW |
| Veerababu, T. | 127:13-22 | HE; REL; PCW | | | | |
| Veerababu, T. | 128:19-21 | HE; REL; PCW | | | | |
| Veerababu, T. | 131:19-132:9 | HE; REL; PCW | 132:10-132:2 | R | | |
| Veerababu, T. | 133:3-6 | HE; REL; PCW | | | | |
| Veerababu, T. | 197:7-14 | HE; REL; PCW | | | | |
| Velagapudi, R. | 139:15-140:4 | Not 30(b)(6) (79:16-80:2); | 79:16-80:2 | R | 41:4-18 | HE; REL; PCW |

| Witness | Plaintiff's Designations (page:line) | Defendants' Objections to Designations | Defendants' Counter-Designations | Otsuka's Objections to Defendants' Counter-Designations* | Otsuka's Counter-Counter Designations | Defendants' Objections to Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | HE; REL; PCW | | | | |
| Velagapudi, R. | 141:7-18 | Not 30(b)(6) (79:16-80:2); HE; REL; PCW | 79:16-80:2 | R | | |