LUNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**TRENTON**                                                                 **November 12, 2010**
**OFFICE**                                                                  **DATE OF PROCEEDINGS**

**JUDGE MARY L. COOPER**
**COURT REPORTER:** Antonio Giaquinto, ESR
**DEPUTY CLERK:** Elizabeth Heffner


**TITLE OF CASE**:                                          CV07-1000(MLC)

OTSUKA PHARMACEUTICAL CO., LTD.
V.
SANDOZ, INC.


**APPEARANCES:**

James Monroe, Esq., Michael Flibbert, Esq., Paul Browning, Esq.,
    and John Murnane, Esq., for PLAINTIFF
Elizabeth Holland, Esq., Maria Palmese, Esq., Myra Tarantino, Esq.,
    and Peter Giunta, Esq., for TEVA and BARR
Steven Feldman, Esq., Daniel Cherry, Esq., Sherry Rollo, Esq., and Adam Gersh, Esq., for APOTEX

**NATURE OF PROCEEDING:**

Telephone conference held re: letter from plaintiffs dated 11/12/10.


**Commenced:  2:05pm**
**Adjourned:    2:20pm**

                                                        **s/Elizabeth Heffner**
                                                        **Deputy Clerk**