UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SANDOZ, INC.,<br>TEVA PHARMACEUTICALS USA, INC.,<br>TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br>BARR LABORATORIES, INC., BARR PHARMACEUTICALS, INC.,<br>APOTEX INC., APOTEX CORP.,<br>SUN PHARMACEUTICAL INDUSTRIES, LTD.,<br>SYNTHON HOLDING BV, SYNTHON BV, SYNTHON PHARMACEUTICALS, INC., and SYNTHON LABORATORIES, INC.,<br><br>　　　　Defendants. | **Consolidated Civil Action No. 3:07-cv-01000 (MLC)**<br><br>**ORDER AMENDING MEMORANDUM OPINION AND ORDER & FINAL JUDGMENT** |

　　　　The Court entered a Memorandum Opinion and Order & Final Judgment in this action on November 15, 2010. (Dkt. entry nos. 385, 386.) Plaintiff's counsel subsequently brought several typographical errors to the Court's attention. (Undocketed Letter from Paul Browning to the Court, dated November 18, 2010.) No party has objected to any of the suggested corrections. For good cause appearing:

　　　　**IT IS HEREBY ORDERED** that the Memorandum Opinion filed in this action on November 15, 2010, be amended as follows:

　　　　a)　　On page 2, delete "U.S. Patent No. 5,000,528" and replace with "U.S. Patent No. 5,006,528"

    b)    On page 10, footnote 5, line 1, delete "butoxy linker" and replace with "propoxy linker"

    c)    On page 11, line 8, delete "DTX 121 at OPC 1554" and replace with "DTX 121 at OPC 1274"

    d)    On page 15, line 2, delete "butoxy analog" and replace with "propoxy analog"

    e)    On page 24, footnote 14, line 1, delete "butoxy-linked" and replace with "propoxy-linked"

    f)    On page 30, line 6, delete the second "not" on that line

    g)    On page 47, line 6, change "psychotic" to "antipsychotic"; and

**IT IS FURTHER ORDERED** that the Order & Final Judgment filed in this action on November 15, 2010, be amended as follows:

    a)    change "U.S. Patent No. 5,000,528" to " U.S. Patent No. 5,006,528"; and

**IT IS FURTHER ORDERED** that an Amended Memorandum Opinion and an Amended Order & Final Judgment shall be filed separately, reflecting the changes above and superseding the Memorandum Opinion and Order & Final Judgment of November 15, 2010.

        s/Mary L. Cooper
    **MARY L. COOPER**
    United States District Judge